IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRADY EAMES,<br><br>     Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:14-cv-00020-DN-PMW<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul M. Warner |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on February 27, 2015 recommends that (1) Defendant's motion to dismiss be granted, (2) Defendant's motion to strike the amended complaint be granted, and (3) Plaintiff's motion for default judgment be denied.[2]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[3] As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

---

[1] Report and Recommendation ("R&R"), docket no. 16, filed February 27, 2015.

[2] R&R at 9.

[3] *Id.*

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED. Defendant's Motion to Dismiss[5] is GRANTED, Defendant's Motion to Strike the Amended Complaint[6] is GRANTED, and Plaintiff's Motion for Default Judgment[7] is DENIED. The above-captioned matter is DISMISSED without prejudice.

The Clerk shall close the case.

Dated March 19, 2015.

BY THE COURT:

David Nuffer
United States District Judge

---

[4] Report and Recommendation ("R&R"), docket no. 16, filed February 27, 2015.

[5] Motion to Dismiss, docket no. 3, filed April 29, 2014.

[6] Motion to Strike Amended Complaint, docket no. 11, filed June 3, 2014.

[7] Motion for Default Judgment, docket no. 10, filed May 30, 2014.